Monica STITT, Plaintiff–Appellant,

v.

**U.S. DEPARTMENT OF EDUCATION, Defendant–Appellee,**

and

**Merrill Cohen, Chapter 7 Trustee.**

**No. 15–1761.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2015.

Decided: Nov. 23, 2015.

Monica Stitt, Appellant Pro Se.

Thomas Harold Barnard, Jakarra Jenise Jones, Assistant United States Attorneys, Baltimore, Maryland, for Appellee.

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monica Stitt appeals from the district court's order upholding the bankruptcy

---

court's determination that her student loan debt was not dischargeable in her bankruptcy case. We have reviewed the record and find no reversible error. Accordingly, we deny Stitt's motions for judicial notice and her motions to rescind the orders deferring consideration of her motions for judicial notice, and we affirm for the reasons stated by the district court. *Stitt v. U.S. Dep't of Educ.*, No. 8:14–cv–00938–PJM (D.Md. filed June 9, 2015; entered June 16, 2015). We deny Stitt's motion for oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*